UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET BETTENCOURT, et al., | CASE NO. CV F 08-0003 LJO SMS |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| WELLS FARGO BANK NATIONAL CORPORATION, | |
| Defendant. | |

Plaintiffs' counsel confirmed that settlement has been reached. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than April 17, 2008,** to file a stipulation and order to dismiss this action in its entirety.

This Court VACATES all pending dates and matters, including the April 2, 2008 scheduling conference.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:   March 21, 2008**               /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE