IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET BETTENCOURT, et al., | CASE NO. CV F 08-0003 LJO SMS |
| Plaintiffs, | **ORDER TO EXTEND DEADLINE TO DISMISS ACTION** |
| vs. | (Doc. 10.) |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

Based on plaintiffs' request, this Court EXTENDS to May 9, 2008 the deadline to file papers to dismiss this action in its entirety. Any further extension will require a strong showing of good cause.

IT IS SO ORDERED.

**Dated:   April 18, 2008**           /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

1