**ROBERT J. ROSATI, #112006**
Attorney at Law
2055 San Joaquin Street
Fresno, California 93721
Telephone (559) 256-9800
Telefax (559) 256-9799

Attorney for Plaintiffs, JANET BETTENCOURT
and WILLIAM JOHN CLEVENGER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET BETTENCOURT and WILLIAM JOHN CLEVENGER,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, a Corporation,<br><br>　　　　Defendant. | Case No. 1:08-CV-00003-LJO-SMS<br><br>**STIPULATION & ORDER TO DISMISS** |

　　　PLEASE TAKE NOTICE THAT Plaintiffs, Janet Bettencourt and William John Clevenger, and Defendant, Wells Fargo Bank, National Association, a Corporation , stipulate to dismiss the above referenced case with prejudice. Each party to bear their own fees and costs.

Dated: April 21, 2008　　　　　　　　　　　　　　　s/ Robert J. Rosati
　　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT J. ROSATI, Attorney for
　　　　　　　　　　　　　　　　　　　　　　　　　　Plaintiffs, JANET BETTENCOURT
　　　　　　　　　　　　　　　　　　　　　　　　　　and WILLIAM JOHN
　　　　　　　　　　　　　　　　　　　　　　　　　　CLEVENGER


Dated: April 21, 2008　　　　　　　　　　　　　　　s/ Jason H. Borchers
　　　　　　　　　　　　　　　　　　　　　　　　　　JASON H. BORCHERS, Attorney
　　　　　　　　　　　　　　　　　　　　　　　　　　for Defendant, WELLS
　　　　　　　　　　　　　　　　　　　　　　　　　　FARGOBANK, NATIONAL
　　　　　　　　　　　　　　　　　　　　　　　　　　ASSOCIATION

1 **ORDER**

2     This Court dismisses this action with prejudice and directs the clerk to close this action.

3

4     IT IS SO ORDERED.

5 **Dated:**   **April 21, 2008**            /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE